ACCEPTED
03-14-00643-CV
3911895
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/27/2015 11:22:41 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00643-CV

**IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/27/2015 11:22:41 AM
JEFFREY D. KYLE
Clerk

**MONTE MONTGOMERY,**
**Appellant,**

**v.**

**MONTY HITCHCOCK,**
**Appellee**

**On Appeal from the 250th Judicial District Court of
Travis County, Texas
Cause No. D-1-GN-14-000489
The Honorable Jon N. Wisser Presiding**

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S RESPONSE BRIEF**

Jon M. Smith
State Bar No. 18630750
3305 Northland Drive
Suite 500
Austin, Texas 78731
Telephone:  (512) 371-1006
Facsimile:    (512) 476-6685
jon@jonmichaelsmith.com

Attorney for Appellee

Unopposed Motion for Extension of Time – Page 1

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE APPELLEE'S RESPONSE BRIEF

COMES NOW, Appellee Monty Hitchcock, files this Unopposed Motion for Extension of Time to File Appellee's Response Brief pursuant to Appellate Rule 10.5(b). Tex. R. App. P. 10.5(b).   In support of this Motion, Appellee respectfully shows the Court the following:

1. The deadline to file Appellee's Response Brief is February 2, 2015. Appellee requests a fifteen (15) day extension of time to file Appellee's Response Brief. If this is granted, the Response Brief will be due on February 17, 2015.

2. In addition to earlier scheduled obligations, the requested extension is necessary as counsel has been ill making him unable to effectively respond by the current deadline.

3. This motion is unopposed.

4. There have been no prior extensions granted to Appellee.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellee prays that this Court grant a fifteen (15) day extension of time to file Appellee's Response Brief from February 2, 2015 to February 17, 2015.

Respectfully submitted,

\_\_\_/s/\_Jon Smith_____
Jon M. Smith
State Bar No. 18630750
3305 Northland Drive
Suite 500
Austin, Texas 78731
Telephone:  (512) 371-1006
Facsimile:   (512) 476-6685
jon@jonmichaelsmith.com

***ATTORNEY FOR APPELLEE***

## CERTIFICATE OF SERVICE

I, Jon Michael Smith, do hereby certify that a true and correct copy of the foregoing document was delivered to all attorneys of record as listed below via overnight delivery on February 27, 2015.

Steven R. Samples
2605 Airport Freeway, Suite 100
Fort Worth, Texas 76111


_/s/ Jon Smith_____
Jon Michael Smith